IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN FRAZIER
        Plaintiff,

vs.                                            3:07cv463/RV/MD

JAMES McDONOUGH, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to dismiss his case without prejudice. (Doc. 27). He seeks to dismiss the case in order to attempt to obtain counsel and better prepare himself for the litigation.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 27) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 20th day of December, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).